17198. NATIONAL SUPPLY COMPANY *v.* BIBB BRICK COMPANY.

BLOODWORTH, J. This court finds no error in the charge of which complaint is made in the amendment to the motion for a new trial. The jury has settled the disputed questions of fact; their finding has the approval of the judge who tried the case; and the judgment is

                   *Affirmed. Broyles, C. J., and Luke, J., concur.*

                   DECIDED JUNE 15, 1926.

Appeal and Error, 4 C. J. p. 866, n. 51.

Complaint; from Bibb superior court—Judge Malcolm D. Jones. January 29, 1926.

*Martin, Martin & Snow,* for plaintiff.

*R. D. Feagin,* for defendant.